Con Cittina Scibetta, as Administratrix ad Prosequendum of the Estate of Joseph Scibetta, Respondent, v. Arthur J. Shadek, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

Charles Dexter, Respondent, v. Great Atlantic and Pacific Tea Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

Milton Cohen, Appellant, v. Nathan I. Adler and Another, Doing Business as the Adler Engineering Company, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

Joseph Gallagher, Respondent, v. Chase National Bank, Appellant.— Order so far as appealed from modified by granting items 8 and 9 of the defendant's motion for a bill of particulars, and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within ten days from service of order. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

George Denhofer, Respondent, v. August Stender, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

William F. Dornbusch, Appellant, v. Edith Dornbusch, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of Bankers Trust Company, as Trustee under Deed of Trust, etc., between Charles A. Gould and Astor Trust Company, for the Appointment of Three Persons to Appraise the Value of Stock Held by Said Bankers Trust Company as Such Trustee. Gould Securities Co., Inc., Appellant; Bankers Trust Company, as Trustee, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

Gilbert Karnig, an Infant, by Henry Karnig, His Guardian ad Litem, Respondent, v. Herman Rosenberg, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.; Dowling and McAvoy, JJ., dissent.

Henry Karnig, as Administrator, etc., of Shirley Karnig, Deceased, Respondent, v. Herman Rosenberg, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.; Dowling and McAvoy, JJ., dissent.

In the Matter of the Application of John A. Hagmayer and Others, as Executors, etc., of Catharine Hagmayer, Deceased, etc., Appellants, v. John F. Gilchrist and Others, as the State Tax Commission, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.